IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'GRADY ET AL.,<br><br>    Plaintiff,<br><br>  v.<br><br>CONMED CORPORATION ET AL.,<br><br>    Defendant.<br>_____/ | No. C 13-05242 CRB<br><br>**ORDER OF SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED** |

    Northern District of California Civil Local Rule 3-12(c) provides: "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related."

    In reviewing the notice of removal (dkt. 1), it has come to the Court's attention that this action appears to be related to the earlier-filed case, <u>O'Grady et al., v. Conmed Corporation et al.</u>, No. 13-4453-CW.

//
//
//
//
//

Accordingly, pursuant to Rule 3-12(c), this action is REFERRED to the Honorable Chief Judge Claudia Wilken for a determination of whether this action is related to <u>O'Grady et al., v. Conmed Corporation et al.</u>, No. 13-4453-CW.

**IT IS SO ORDERED.**

Dated: December 10, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE